JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO S. S.,<br>By Brenda Ramirez, Conservator of Person and Estate,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>Defendant. | Case No. 2:17-cv-05928-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED: January 22, 2019

_____
KAREN E. SCOTT
United States Magistrate Judge

---

[1] As of November 17, 2017, Ms. Berryhill's new title is "Deputy Commissioner for Operations performing the duties and functions not reserved to the Commissioner of Social Security."