PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ERNESTO SEBASTIAN SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERNESTO SEBASTIAN SERRANO, | Case No.: 2:17-CV-05928-KES |
| Plaintiff, | [~~proposed~~] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner Social Security | |
| Defendant. | Judge: Hon. Karen E. Scott |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees shall be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS and ZERO CENTS ($5,600.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: April 24, 2019

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE